Roland Gary Jones, Esq.
**Jones & Associates**
1325 Avenue of the Americas
28th Floor
New York, NY 10019
Tel. (347) 862-9254
Fax (212) 202-4416
Email: rgj@rolandjones.com

William Devine II, Esq.
**Devine Law Firm, PLLC**
5940 South Rainbow Blvd.
Las Vegas, Nevada 89118
Tel: (702) 515-1500
Fax: (702) 577-1934
Email: william@devine.legal

*Counsel for Kathleen Shelton*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>WELSCORP, INC., et al.,<br>　　　　　　　　　　*Debtors*. | Case No. BK-S-19-18056-ABL (Lead Case)<br><br>**Consolidated under BK-S-19-18056-ABL with:**<br><br>Case No. BK-S-20-11597-ABL |
| □ Affects Einstein Sports Advisory Ltd.<br>□ Affects QSA LLC<br>□ Affects Wellington Sports Club, LLC<br>□ Affects Welscorp, Inc.<br>■ Affects All Debtors | Case No. BK-S-20-11211-ABL<br>Case No. BK-S-20-11215-ABL<br><br>Chapter 7 |
| LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE,<br>　　　　　　　　　　*Plaintiff*,<br><br>vs.<br><br>KATHLEEN SHELTON d/b/a KATHLEEN SHELTON CONSULTING,<br>　　　　　　　　　　*Defendant*. | **ADVERSARY PROCEEDING**<br>Case No. 21-01204-ABL<br><br><br>**CERTIFICATE OF SERVICE** |

I, Roland Gary Jones, Esq., certify under penalty of perjury that I caused to be served the *Amended Motion of Roland Gary Jones, Esq. and William Devine II, Esq. to Withdraw as Counsel for Kathleen Shelton d/b/a Kathleen Shelton Consulting* [ECF #24], the *Declaration of Roland Gary Jones Es. In Support of His Motion to Withdraw as Counsel for Kathleen Shelton d/b/a Kathleen Shelton*

*Consulting* [ECF #25], and *Notice of Hearing* [ECF #26] by electronic mail and first class mail on March 31, 2022,[1] upon the parties listed on the service list annexed hereto.

Dated:  March 31, 2022
New York, New York

BY:    */s/ Roland Gary Jones*
Roland Gary Jones (RGJ-6902)
**JONES & ASSOCIATES**
New York Bar No. RGJ-6902
1325 Avenue of the Americas,
28th Floor
New York, New York 10019
Tel: (347) 862-9254
Fax: (212) 202-4416
Email: rgj@rolandjones.com
*Movant*

**Service List:**

**BY ELECTRONIC MAIL AND U.S. MAIL**

Kathleen Shelton
1445 Stonelake Cove Ave #2305
Henderson, NV 89074
5deecoach@gmail.com

Zachary E. Mazur, Esq.
New York Bar No. 5706726
**SARACHEK LAW FIRM**
670 White Plains Road #PH
Scarsdale, New York 10583
zachary@saracheklawfirm.com

---

[1] Unless another, or additional method of service is indicated in the service list